UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

LEONARDO PARRA                                    ORDER OF DISMISSAL

    -against-                                       CV-05-3328 (DRH)

WILLIAM G. FRICK, HERTZ VEHICLES, LLC

---------------------------------------------------------------------X


The Court having been advised by Magistrate Judge Boyle on October 25, 2006 that the case has settled and a stipulation of dismissal would be filed,

    IT IS HEREBY ORDERED that the case is dismissed with prejudice.

  The Clerk is directed to close this case.

    SO ORDERED.

/s/
DENIS R. HURLEY
United States District Judge

Dated: Central Islip, New York
      July 6, 2007